UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LENORE BURNLEY, as mother of CHAD JOSEPH, and on behalf of his beneficiaries, and<br><br>SALLYCAR KORASINGH, as sister of RISHI SAMAROO, and on behalf of his beneficiaries,<br><br>      *Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      *Defendant.* | No. 1:26-cv-10364-PGL |

## ORDER OF RECUSAL

LEVENSON, U.S.M.J.

I hereby recuse myself from consideration of the above-captioned case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

Dated: January 28, 2026

/s/ Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE