**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**IN ADMIRALTY**

|  |  |
|---|---|
| LENORE BURNLEY, as mother of CHAD JOSEPH, and on behalf of his beneficiaries, and<br><br>SALLYCAR KORASINGH, as sister of RISHI SAMAROO, and on behalf of his beneficiaries,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:26-cv-10364 |

### PROOF OF SERVICE OF SUMMONS AND COMPLAINT

As reflected in the attached affidavit, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1). Accordingly, all Defendants have been served with a summons and a copy of the complaint (ECF No. 1, with attachments).

February 10, 2026

Respectfully submitted,

/s/ *Jessie J. Rossman*
Jessie J. Rossman (BBO No. 670685)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 10, 2026

*/s/ Jessie J. Rossman*
Jessie J. Rossman