# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

## IN ADMIRALTY

LENORE BURNLEY, as mother of CHAD
JOSEPH, and on behalf of his beneficiaries, and

SALLYCAR KORASINGH, as sister of RISHI
SAMAROO, and on behalf of his beneficiaries,

     Plaintiffs,

     v.

Case No. 1:26-cv-10364

UNITED STATES OF AMERICA,

     Defendant.

## AFFIDAVIT OF JESSIE J. ROSSMAN

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY

Jessie J. Rossman, being first duly sworn, upon oath deposes and states that:

1. I am the Legal Director at the American Civil Liberties Union Foundation of Massachusetts, Inc., representing Plaintiffs in the above-captioned matter.

2. On January 27, 2026, I caused copies of the summons (ECF No. 3) and complaint (ECF No. 1 and attachments) in this action to be served upon the following individuals by certified mail, return receipt requested:

    a. The civil process-clerk via the U.S. Attorney's Office for the District of Massachusetts, at One Courthouse Way, 9th Floor, Boston MA 02210, pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(ii), and

b. The Attorney General of the United States, at 950 Pennsylvania Ave. NW, Washington, DC 20530, pursuant to Federal Rule of Civil Procedure 4(i)(l)(B).

3. I received a return receipt confirming delivery of the packet to the civil process clerk at the U.S. Attorney's Office in Boston on January 29, 2026. A true and correct copy of this return receipt is provided as **Exhibit A**.

4. I received a return receipt confirming delivery of the packet to the Attorney General of the United States in Washington, D.C., via individual pick up at the post office, on February 10, 2026. A true and correct copy of this return receipt is provided as **Exhibit B**.

February 10, 2026

Jessie J. Rossman (BBO No. 670685)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
jrossman@aclum.org

Subscribed and sworn to before me on this 10th day of February, 2026.

_____ Notary Public

_____Suffolk_____ County

_____MA_____ State

My commission expires: _____2/19/32_____

EVA DE CHARLEROY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 19, 2032

# EXHIBIT A



**Tracking Number:**

**95890710527026341766660**

🗐 Copy   🏃 Add to Informed Delivery

Remove ✕

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:27 pm on January 29, 2026 in BOSTON, MA 02210.

Get More Out of USPS Tracking:
🔍 USPS Tracking Plus®

⊘ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BOSTON, MA 02210
January 29, 2026, 12:27 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

# EXHIBIT B

Tracking Number:

**9589071052702634176677**

Remove ✕

Copy      Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:34 am on February 10, 2026 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

✅ **Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
February 10, 2026, 4:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

See Less ⌃