AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Burnley et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-10364-LTS |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendant United States of America                                    .

Date:     03/27/2026

/s/ Thomas M. Brown
*Attorney's signature*

Thomas M. Brown, Md. Atty ID 0912150112
*Printed name and bar number*
175 N St. NE
Washington, DC 20002

*Address*

thomas.m.brown@usdoj.gov
*E-mail address*

(202) 616-4036
*Telephone number*

(202) 616-4002
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Thomas M. Brown
Thomas M. Brown
U.S. Department of Justice