UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

LENORE BURNLEY, as mother of CHAD
JOSEPH, and on behalf of his beneficiaries, and

SALLYCAR KORASINGH, as sister of RISHI
SAMAROO, and on behalf of his beneficiaries,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:26-cv-10364-LTS

JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE
AND FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1(b)(4), the parties respectfully move this Court for an order establishing a briefing schedule and for leave to file excess pages. As grounds for this motion, the parties state the following:

1.     Plaintiffs bring this admiralty action, invoking the Death on the High Seas Act ("DOHSA"), 46 U.S.C. § 30301 *et seq.*, and the Alien Tort Statute ("ATS"), 28 U.S.C. § 1350, and seeking money damages for the deaths of Chad Joseph and Rishi Samaroo, whom Plaintiffs allege were killed in a missile strike conducted under a U.S. military campaign against alleged drug-trafficking vessels. *See* Doc. 1 (Compl.), paras. 1-2, 9, 53.

2.     Pursuant to Fed. R. Civ. P. 12(b), as its responsive pleading, the United States intends to file a motion to dismiss. This motion is anticipated to address preliminary matters, *inter alia*, whether Plaintiffs have standing to pursue a DOHSA claim under 46 U.S.C. § 30302 when

1

they are "anticipated," but not actual, personal representatives of the decedents; and further, whether the ATS permits them to bring suit against the United States as alleged.

3.      Addressing these complex preliminary matters, and responding in opposition to the United States' motion, requires an extended briefing schedule and more than the standard twenty pages.  The issues presented in the Complaint, and to be addressed in the motion to dismiss require thorough research and briefing. Moreover, throughout May, counsel for Plaintiffs face a compressed briefing schedule in FOIA litigation relating to the subject matter of this action, which is pending before the U.S. District Court for the Southern District of New York.  *American Civil Liberties Union v. Department of Justice*, 1:25-cv-10189 (S.D.N.Y.).

4.      The parties have conferred and jointly seek leave to establish the following briefing schedule and page limits:

>    a.      Defendant will file a motion to dismiss supported by a memorandum of law of up to 40 pages by June 5, 2026;
>
>    b.      Plaintiffs will file an opposition to the motion to dismiss of up to 40 pages by July 2, 2026; and
>
>    c.      Defendant will file a reply of up to 10 pages by July 16, 2026.
>
>    d.      Plaintiffs reserve the right to seek leave to file a sur-reply.

5.      The parties believe that this briefing schedule will allow the issues to be fully and comprehensively briefed and presented to the Court in an orderly manner.

WHEREFORE, the parties jointly request that the Court order the following briefing schedule subject to the following page limits:  the Defendant shall file its motion to dismiss, supported by a memorandum of law of up to 40 pages, by June 5, 2026; Plaintiffs shall file an

2

opposition to the motion to dismiss of up to 40 pages by July 2, 2026; and the Defendant shall file

a reply of up to 10 pages by July 16, 2026.

March 27, 2026                                          Respectfully submitted,

                                                       **For the Plaintiffs**

Baher Azmy*                                            */s/ Jessie Rossman*
Maria LaHood*                                          Jessie J. Rossman (BBO 670685)
Angelo Guisado*                                        Suzanne Schlossberg (BBO 703914)
Ayla Kadah*                                            ACLU FOUNDATION OF
CENTER FOR CONSTITUTIONAL RIGHTS                       MASSACHUSETTS, INC.
666 Broadway, 7th Floor                                One Center Plaza, Suite 850
New York, NY 10012                                     Boston, MA 02108
(212) 614-6464                                         (617) 482-3170
bazmy@ccrjustice.org                                   jrossman@aclum.org
mlahood@ccrjustice.org                                 sschlossberg@aclum.org
aguisado@ccrjustice.org
akadah@ccrjustice.org                                  Brett Max Kaufman*
                                                       Steven M. Watt*
Jonathan Hafetz*                                       Jeffrey Stein*
1109 Raymond Blvd.                                     Hina Shamsi*
Newark, NJ 0710                                        Ben Wizner*
(917) 355-6896                                         AMERICAN CIVIL LIBERTIES UNION
jonathan.hafetz@shu.edu                                FOUNDATION
                                                       125 Broad Street, 18th Floor
                                                       New York, New York 10004
                                                       (212) 549-2500
*Counsel for Plaintiffs*                               bkaufman@aclu.org
                                                       swatt@aclu.org
*application for admission *pro hac vice*              jstein@aclu.org
forthcoming                                            hshamsi@aclu.org
                                                       bwizner@aclu.org

3

**For the Defendant**

LEAH BELAIRE FOLEY
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch, Civil Division


*/s/ Thomas M. Brown*
RODNEY PATTON
Director
THOMAS M. BROWN
Senior Aviation & Admiralty Counsel
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

Attorneys for the United States

4

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Thomas M. Brown
Thomas M. Brown
U.S. Department of Justice