UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LENORE BURNLEY, et al.,

       *Plaintiffs*,

       v.                                Case No. 1:26-cv-10364-LTS

UNITED STATES OF AMERICA,

       *Defendant*.

## UNITED STATES' MOTION TO DISMISS THE COMPLAINT

The United States respectfully moves to dismiss the Complaint.  Fed. R. Civ. P. 12(b)(1), 12(b)(3), 12(b)(6).

Plaintiffs, proceeding in admiralty, bring this maritime tort action for wrongful death. Under the limited waiver of sovereign immunity that Plaintiffs invoke, the Suits in Admiralty Act ("SAA") of 1920, Plaintiffs may bring suit only in the federal district where they reside or where a vessel charged with liability is located.  *See* 46 U.S.C. § 30906(a).  Because Plaintiffs are not residents of any federal district in the United States, and no vessel is charged with liability, there is no proper venue under the only statute they rely on as a waiver of sovereign immunity.

Plaintiffs' first count under the Death on the High Seas Act ("DOHSA") of 1920 is further subject to dismissal because DOHSA claims must be brought by a personal representative of the decedents' estates.  *See* 46 U.S.C. § 30302.  Plaintiffs fail to plead personal representative status and therefore lack statutory standing.

Plaintiffs' second count, under the Alien Tort Statute ("ATS") of 1789, is displaced by DOHSA, which provides the exclusive remedy for wrongful death claims on the high seas.  The

ATS count also fails because Plaintiffs have no viable implied right of action under the ATS pursuant to binding Supreme Court precedent.

In support of this Motion, the United States respectfully refers the Court to its Memorandum of Lawa, filed herewith.

WHEREFORE, the United States respectfully requests that the Court allow this motion and dismiss the Complaint.

Dated: June 5, 2026

Respectfully submitted,

LEAH BELAIRE FOLEY
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch, Civil Division

RODNEY PATTON
Director
Aviation, Space & Admiralty Litigation

MICHAEL A. DILAURO
Assistant Director, Admiralty

/s/ *Richard Ingebretsen*
RICHARD G. INGEBRETSEN (DC Bar
No. 1736200)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, D.C. 20044-4271

Attorneys for the United States

2

## **7.1 CERTIFICATION**

I, Richard Ingebretsen, hereby certify that I conferred with counsel for Plaintiffs, who oppose this motion.

/s/ *Richard Ingebretsen*
RICHARD G. INGEBRETSEN (DC Bar No. 1736200)
Trial Attorney
United States Department of Justice

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Richard Ingebretsen*
RICHARD G. INGEBRETSEN (DC Bar No. 1736200)
Trial Attorney
United States Department of Justice

3