## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LENORE BURNLEY, as mother of CHAD
JOSEPH, and on behalf of his beneficiaries, and

SALLYCAR KORASINGH, as sister of RISHI
SAMAROO, and on behalf of his beneficiaries,

        Plaintiffs,

        v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 1:26-cv-10364-LTS

IN ADMIRALTY

### UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), the undersigned seeks leave of Court to withdraw his appearance in this matter. The undersigned has accepted a position in private practice and will be leaving the employment of the Department of Justice. Therefore, good cause is shown. The United States will continue to be represented by attorney Richard Ingebretsen.

I certify that counsel for the parties conferred as required by Local Rule 7.1(a)(2), and this motion is unopposed.

June 10, 2026

Respectfully submitted,

*/s/ Thomas M. Brown*
THOMAS M. BROWN
Senior Aviation & Admiralty Counsel
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

Attorney for the United States

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Thomas M. Brown
Thomas M. Brown
U.S. Department of Justice