**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**IN ADMIRALTY**

| | |
|---|---|
| LENORE BURNLEY, as mother of CHAD JOSEPH, and on behalf of his beneficiaries, and<br><br>SALLYCAR KORASINGH, as sister of RISHI SAMAROO, and on behalf of his beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:26-cv-10364-LTS |

**JOINT STATUS REPORT**

Pursuant to the Court's June 29, 2026 Order (Doc. No. 46), the parties respectfully submit the following Joint Status Report on the effect the filing of the Amended Complaint (Doc No. 45) has on the pending Motion to Dismiss (Doc. No. 41) and the parties' previously proposed briefing schedule (Doc. Nos. 10, 11).

Defendant's position is that the Amended Complaint, while resolving some, but not all, of the issues raised in Defendant's Motion to Dismiss, raises new allegations that require a new round of briefing. Plaintiffs agree that, in light of that position, a new round of briefing is appropriate. The parties are still discussing proposals for a new briefing schedule amongst their principals and between themselves and will propose one for the Court's approval in a joint filing on July 8.

July 1, 2026                              Respectfully submitted,

                                         **For the Plaintiffs**


Baher Azmy*                              */s/ Jessie Rossman*
Maria LaHood*                            Jessie J. Rossman (BBO 670685)
Angelo Guisado*                          Suzanne Schlossberg (BBO 703914)
Ayla Kadah*                              ACLU FOUNDATION OF
CENTER FOR CONSTITUTIONAL RIGHTS         MASSACHUSETTS, INC.
666 Broadway, 7th Floor                  One Center Plaza, Suite 850
New York, NY 10012                       Boston, MA 02108
(212) 614-6464                           (617) 482-3170
bazmy@ccrjustice.org                     jrossman@aclum.org
mlahood@ccrjustice.org                   sschlossberg@aclum.org
aguisado@ccrjustice.org
akadah@ccrjustice.org                    Brett Max Kaufman*
                                         Steven M. Watt*
Jonathan Hafetz*                         Jeffrey Stein*
1109 Raymond Blvd.                       Hina Shamsi*
Newark, NJ 0710                          Ben Wizner*
(917) 355-6896                           AMERICAN CIVIL LIBERTIES UNION
jonathan.hafetz@shu.edu                  FOUNDATION
                                         125 Broad Street, 18th Floor
                                         New York, New York 10004
                                         (212) 549-2500
*Counsel for Plaintiffs*                 bkaufman@aclu.org
                                         swatt@aclu.org
*application for admission *pro hac vice* jstein@aclu.org
forthcoming                              hshamsi@aclu.org
                                         bwizner@aclu.org

2

**For the Defendant**

LEAH BELAIRE FOLEY
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch, Civil Division

*/s/ Richard Ingebretsen*
RICHARD INGEBRETSEN (DC Bar No. 1736200)
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4848
Richard.Ingebretsen@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Richard Ingebretsen
Richard Ingebretsen
U.S. Department of Justice