**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**IN ADMIRALTY**

|  |  |
|---|---|
| LENORE BURNLEY, as mother of CHAD JOSEPH, and on behalf of his beneficiaries, and <br><br> SALLYCAR KORASINGH, as sister of RISHI SAMAROO, and on behalf of his beneficiaries, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:26-cv-10364-LTS |

**JOINT STATUS REPORT AND JOINT MOTION FOR
ENTRY OF STAY AND SCHEDULING ORDER**

Pursuant to the Court's July 2, 2026 Order (Doc. No. 48), the parties respectfully submit the following Joint Status Report and jointly move for an order staying the case pending the resolution of certain proceedings in Trinidad and Tobago, and setting a scheduling order for resumption of the case at that time.

After the Court's July 2 Order, the parties continued discussions regarding the effect of the filing of the Amended Complaint (Doc. No. 45) on the proceedings. The parties agree that the case should be stayed pending completion of the ongoing legal proceedings in Trinidad and Tobago concerning Mr. Joseph's and Mr. Samaroo's estates, *see* Amend. Compl. ¶¶ 16-17, 43-44, 59-60. The parties jointly request that the Court stay the case pending completion of those legal proceedings in Trinidad and Tobago. The parties also jointly ask the Court to issue the following

schedule for the efficient resumption of the case upon completion of the legal proceedings in Trinidad and Tobago:

- Plaintiffs will file promptly a status report with this Court upon completion of the relevant proceedings in Trinidad and Tobago, seeking to lift the stay of the case.

- 14 days after the filing of the status report, Plaintiffs will file a Second Amended Complaint. Defendants consent to this filing.

- 14 days after the filing of the Second Amended Complaint, the parties will file a Joint Status Report proposing a briefing schedule for Defendant's anticipated Motion to Dismiss the Second Amended Complaint.

The parties jointly move this Court for a stay of the proceedings and for a scheduling order along the lines set forth above.

July 8, 2026

Respectfully submitted,

**For the Plaintiffs**

Baher Azmy*
Maria LaHood*
Angelo Guisado*
Ayla Kadah*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
bazmy@ccrjustice.org
mlahood@ccrjustice.org
aguisado@ccrjustice.org
akadah@ccrjustice.org

Jonathan Hafetz*
1109 Raymond Blvd.
Newark, NJ 0710
(917) 355-6896
jonathan.hafetz@shu.edu

*/s/ Suzanne Schlossberg*
Jessie J. Rossman (BBO 670685)
Suzanne Schlossberg (BBO 703914)
ACLU FOUNDATION OF
MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Brett Max Kaufman*
Steven M. Watt*
Jeffrey Stein*
Hina Shamsi*
Ben Wizner*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004

2

*Counsel for Plaintiffs*

*admitted *pro hac vice*

(212) 549-2500
bkaufman@aclu.org
swatt@aclu.org
jstein@aclu.org
hshamsi@aclu.org
bwizner@aclu.org

**For the Defendant**

LEAH BELAIRE FOLEY
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch, Civil Division

*/s/ Richard Ingebretsen*
RICHARD INGEBRETSEN
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4848
Richard.Ingebretsen@usdoj.gov

Attorneys for the United States

3

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Suzanne Schlossberg*
Suzanne Schlossberg