**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MASSACHUSETTS**

LENORE BURNLEY, as mother of CHAD JOSEPH, and on behalf of his beneficiaries, and,

SALLYCAR KORASINGH, as sister of RISHI SAMAROO, and on behalf of his beneficiaries,

Plaintiffs,

v.

UNITED STATED OF AMERICA,

Defendant.

Case No. 1:26-cv-10364-LTS

IN ADMIRALTY

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.5.2(c), I, Ayla Kadah, respectfully seek leave to withdraw my appearance as attorney for Plaintiffs in this matter because of my upcoming departure from the Center for Constitutional Rights ("CCR"). Plaintiffs will continue to be represented in this matter by experienced attorneys at CCR, the American Civil Liberties Union ("ACLU"), and the ACLU of Massachusetts, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding or adversely affect Plaintiffs' interests.

I certify that counsel for the parties conferred as required by Local Rule 7.1(a)(2), and this motion is unopposed.

Dated: September 25, 2026
New York, NY

Respectfully submitted,

/s/ Ayla Kadah

Ayla Kadah
Center for Constitutional Rights
666 Broadway, Fl. 7
New York, NY 10012
(212) 614-6491
akadah@ccrjustice.org